**1**

UNITED STATES ex rel. Edwin F. LARK, Relator, Petitioner, v. Hon. George W. Mc-CLINTIC, District Judge, U. S. Court, Southern District, Charleston, W. Va., Respondent.

Circuit Court of Appeals, Fourth Circuit. June 15, 1927.

No. 2605.

On Petition for a Writ of Mandamus.

PER CURIAM. Petition for writ of mandamus denied January 12, 1927. Order filed.

Supplemental petition for writ of mandamus denied April 14, 1927. Order filed.

---

**2**

WILLIAM H. LUTTON COMPANY, Plaintiff-Appellee, v. LORD & BURNHAM COMPANY, Defendant-Appellant.

Circuit Court of Appeals, Second Circuit. May 2, 1927.

No. 310.

Appeal from the District Court of the United States for the Southern District of New York.

Grant C. Fox and John K. MacDonald, both of New York City, for appellant.

Russell M. Everett and Harry B. Rook, both of New York City, for appellee.

Before MANTON and SWAN, Circuit Judges, and CAMPBELL, District Judge.

PER CURIAM. Decree (16 F.[2d] 490) affirmed, with costs.

---

**3**

James WILSON and William Keller v. UNITED STATES.

Circuit Court of Appeals, Sixth Circuit. March 18, 1927.

No. 4801.

In Error to the District Court of the United States for the Northern District of Ohio; John M. Killits, Judge.

John S. Saalfield, Frank Szumigala, and John C. Budd, all of Toledo, Ohio, for plaintiffs in error.

D. L. Sears, Asst. U. S. Atty., of Toledo, Ohio.

PER CURIAM. Judgment of District Court affirmed.

---

**4**

W. P. BROWN & SONS LUMBER CO. et al., Petitioners, v. Lee Roy MYERS, Respondent.

Circuit Court of Appeals, Fourth Circuit. June 15, 1927.

No. 2621.

Appeal from the District Court of the United States for the Northern District of West Virginia, at Martinsburg.

On petition to reduce amount of appeal bond.

Clarence E. Martin, of Martinsburg, W. Va., for petitioners.

Harry H. Byrer, of Martinsburg, W. Va., for respondent.

PER CURIAM. Order fixing appeal bond at $500 filed.